**Fill in this information to identify your case and this filing:**

Debtor 1    **Jeffery**        **Roland**        **Moore**
             First Name        Middle Name      Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name      Last Name

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number    **19-50091**
(if known)

☐ Check if this is an
   amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.   **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No.  Go to Part 2.
☑ Yes.  Where is the property?

1.1.

**7574 FM 114**
Street address, if available, or other description

**Clarksville            TX    75426**
City                     State    ZIP Code

**Red River**
County

**A0501 LEVINS, JAMES MAP L-7 TC-03
178.71 ACRES & A0501 LEVINS,
JAMES MAP L-7 1 ACRE**

What is the property?
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property?
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$418,669.00**

Current value of the portion you own?    **$418,669.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property (see instructions)

2.   **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................................→    $418,669.00**

### Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

Debtor 1   **Jeffery Roland Moore**                    Case number (if known)   **19-50091**

| 3.1. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Make: **Chevrolet** | Check one. | |
| Model: **2500** | ☑ Debtor 1 only | |
| Year: **2017** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: **28,000** | ☐ Debtor 1 and Debtor 2 only | |
| | ☐ At least one of the debtors and another | **$40,000.00** / **$40,000.00** |
| Other information: **2017 Chevrolet 2500 (28,000 miles)** | ☐ Check if this is community property (see instructions) | |

| 3.2. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Make: **Chevrolet** | Check one. | |
| Model: **2500** | ☑ Debtor 1 only | |
| Year: **2011** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: **170,000** | ☐ Debtor 1 and Debtor 2 only | |
| | ☐ At least one of the debtors and another | **$300.00** / **$300.00** |
| Other information: **2011 Chevrolet 2500 (approx. 170,000 miles) burned in December 2018 fire** | ☐ Check if this is community property (see instructions) | |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ☑ Yes

| 4.1. | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Make: **boat, motor & trailer** | Check one. | |
| Model: **pontoon** | ☑ Debtor 1 only | |
| Year: **2004** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Other information: **boat, motor and trailer** | ☐ Debtor 1 and Debtor 2 only | |
| | ☐ At least one of the debtors and another | **$10,000.00** / **$10,000.00** |
| | ☐ Check if this is community property (see instructions) | |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here......................................................→**    **$50,300.00**

## Part 3:   Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe.....   **See continuation page(s).**    **$2,100.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe.....   **See continuation page(s).**    **$150.00**

Debtor 1    **Jeffery Roland Moore** _____    Case number (if known)    **19-50091** _____

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
    stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No
    ☐ Yes. Describe.....    _____

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
    canoes and kayaks; carpentry tools; musical instruments

    ☑ No
    ☐ Yes. Describe.....    _____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe.....  **1 rifle**    **$300.00**
    **1 shotgun**

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe.....  **clothes**    **$500.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
    gold, silver

    ☑ No
    ☐ Yes. Describe.....    _____

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe.....    _____

14. **Any other personal and household items you did not already list, including any health aids you
    did not list**

    ☑ No
    ☐ Yes.  Give specific
    information............    _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have
    attached for Part 3.  Write the number here........................................................................**  ➜  **$3,050.00**

| Part 4: | **Describe Your Financial Assets** |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your
    petition

    ☑ No
    ☐ Yes.....................................................................................................  Cash: .........................    _____

Debtor 1    **Jeffery Roland Moore** _____    Case number (if known)    **19-50091** _____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes............................    Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **Checking account First Federal Community Bank** | **$146.88** |
| 17.2. | Checking account: | **Checking account First Federal Community Bank B & K Farms-** | **$33,750.62** |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes.  Give specific information about them..........................    Name of entity:    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific information about them..........................    Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes.  List each account separately.    Type of account:    Institution name:

| | | |
|---|---|---|
| | 401(k) or similar plan: | **County/State Retirement & Firefighter retirement** | **Unknown** |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes............................    Institution name or individual:

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................    Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific information about them

Debtor 1    **Jeffery Roland Moore**                                          Case number (if known)   **19-50091**

---

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them                                                                          _____

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
information about them                                                                          _____

**Money or property owed to you?**                                          **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information                                    Federal:  _____
about them, including whether
you already filed the returns                                       State:    _____
and the tax years.....................                              Local:    _____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information                  Alimony:             _____

                                                  Maintenance:         _____

                                                  Support:             _____

                                                  Divorce settlement:  _____

                                                  Property settlement: _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information                                                               _____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance
company of each policy
and list its value................ Company name:        Beneficiary:        Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information                                                               _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes. Describe each claim........ **claim/lawsuit against Farm Bureau**                         **Unknown**

---

Debtor 1    **Jeffery Roland Moore**
_____     Case number (if known)  **19-50091**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........                                                    _____

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information                                                    _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................→  | **$33,897.50** |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.
☑ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..                                                    _____

39. **Office equipment, furnishings, and supplies**
_Examples:_ Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☑ No
☐ Yes.  Describe..                                                    _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes.  Describe..  **tools**                                            **$500.00**

41. **Inventory**

☑ No
☐ Yes.  Describe..                                                    _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information**  (as defined in 11 U.S.C. § 101(41A))?
    ☐ No
    ☐ Yes.  Describe.....                                        _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................→  | **$500.00** |

Debtor 1    **Jeffery Roland Moore** _____    Case number (if known)    **19-50091** _____

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No.  Go to Part 7.
☑ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47.  **Farm animals**
_Examples:_ Livestock, poultry, farm-raised fish

☐ No
☑ Yes....  **12 head cattle**                                              **$5,000.00**

48.  **Crops--either growing or harvested**

☐ No
☑ Yes.  Give specific    **growing crops, wheat for cattle**                **$0.00**
information...............

49.  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☑ Yes....  **See continuation page(s).**                                  **$97,600.00**

50.  **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

51.  **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
information...............

52.  Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6.  Write that number here.................................................................................➔   **$102,600.00**

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53.  **Do you have other property of any kind you did not already list?**
_Examples:_ Season tickets, country club membership

☐ No
☑ Yes.  Give specific information.

**Farm Equipment of Harry Moore, described in Order Confirming Debtors' First Amended
Chapter 12 Plan Of Reorganization (ECF No. 107), Debtors' First Amended Plan (ECF No. 99) &
Order Granting Debtors' Amended Motion For Valuation (ECF No. 109, in case No. 18-50038,
Harry R. Moore and Linda C. Moore, Debtors (TXEB)**                                    $134,500.00

**Farm Equipment of Harry Moore, described in Debtors' First Amended Plan (3) Class Three:
People's Bank Surrendered equipment (ECF No. 99) and Order Confirming Debtors' First
Amended Chapter 12 Plan Of Reorganization (ECF No. 107)**

**Value source: Amended Claim 20-2 value of property $323,000, less $134,500 secured claim
in Harry Moore chapter 12, Case No. 18-50038; Harry R. Moore (TXEB), less $119,100 total
value of all propery stated in Application and Affidavit for Writ of Sequestration (Peoples
Bank vs. Jeffery R. Moore, see SOFA #9).**                                          $69,400.00

Debtor 1    **Jeffery Roland Moore**                                    Case number (if known)    **19-50091**

54.  **Add the dollar value of all of your entries from Part 7.  Write that number here**...............................➔   | **$203,900.00** |

**Part 8:  List the Totals of Each Part of this Form**

55.  **Part 1: Total real estate, line 2**..................................................................................................➔   **$418,669.00**

56.  **Part 2: Total vehicles, line 5**                                    **$50,300.00**

57.  **Part 3: Total personal and household items, line 15**                 **$3,050.00**

58.  **Part 4: Total financial assets, line 36**                            **$33,897.50**

59.  **Part 5: Total business-related property, line 45**                     **$500.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**         **$102,600.00**

61.  **Part 7: Total other property not listed, line 54**              +    **$203,900.00**

62.  **Total personal property.**    Add lines 56 through 61...................   | **$394,247.50** |    Copy personal property total    ➔    +    **$394,247.50**

63.  **Total of all property on Schedule A/B.**    Add line 55 + line 62...............................................   | **$812,916.50** |

Official Form 106A/B                          **Schedule A/B: Property**                                    page 8

Debtor 1    **Jeffery Roland Moore**                                    Case number (if known)    **19-50091**

6.    **Household goods and furnishings (details):**

    **living room**                                                                                **$500.00**

    **dining room**                                                                              **$400.00**

    **3 bedrooms**                                                                               **$600.00**

    **Washer & dryer**                                                                        **$100.00**

    **refrigerator**                                                                              **$200.00**

    **stove/oven**                                                                               **$250.00**

    **books & pictures**                                                                      **$50.00**

7.    **Electronics (details):**

    **3-TVs**                                                                                        **$100.00**

    **DVD**                                                                                          **$50.00**

49.    **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade (details):**

    **1999 Mack Truck**                                                                    **$20,600.00**

    **1994 42' Wilson Grain Trailer**                                                  **$13,000.00**

    **2008 Outback Guidance System**                                              **$1,500.00**

    **4720 John Deere Sprayer**                                                        **$50,000.00**

    **2001 32' Gooseneck Trailer**                                                    **$5,000.00**

    **John Deere 980 Cultivator**                                                      **$3,500.00**

    **2000 Wylie Sprayer Boom**                                                       **$4,000.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeffery** | **Roland** | **Moore** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **19-50091** | | |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own — Copy the value from *Schedule A/B* | Amount of the exemption you claim — *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**7574 FM 114**<br>**A0501 LEVINS, JAMES MAP L-7 TC-03**<br>**178.71 ACRES & A0501 LEVINS, JAMES MAP L-7 1 ACRE**<br>Line from *Schedule A/B*:    **1.1** | **$418,669.00** | ☑ **$392,978.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**2017 Chevrolet 2500 (approx. 28,000 miles)**<br>**2017 Chevrolet 2500 (28,000 miles)**<br>Line from *Schedule A/B*:    **3.1** | **$40,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☑ No
   ☐ Yes

Debtor 1    **Jeffery Roland Moore**                                Case number (if known)    **19-50091**

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2011 Chevrolet 2500 (approx. 170,000 miles)**<br>**burned in December 2018 fire**<br>Line from *Schedule A/B*: **3.2** | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(3)** |
| Brief description:<br>**living room**<br>Line from *Schedule A/B*: **6** | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**dining room**<br>Line from *Schedule A/B*: **6** | **$400.00** | ☑ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**3 bedrooms**<br>Line from *Schedule A/B*: **6** | **$600.00** | ☑ **$600.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Washer & dryer**<br>Line from *Schedule A/B*: **6** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**refrigerator**<br>Line from *Schedule A/B*: **6** | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**stove/oven**<br>Line from *Schedule A/B*: **6** | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**3-TVs**<br>Line from *Schedule A/B*: **7** | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**DVD**<br>Line from *Schedule A/B*: **7** | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **Jeffery Roland Moore**                                    Case number (if known)    **19-50091**

---

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**1 rifle**<br>**1 shotgun**<br>Line from *Schedule A/B*:    **10** | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description:<br>**clothes**<br>Line from *Schedule A/B*:    **11** | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**Checking account First Federal Community Bank B & K Farms-**<br>Line from *Schedule A/B*:    **17.2** | **$33,750.62** | ☑ **$33,750.62**<br>☐ 100% of fair market value, up to any applicable statutory limit | **7 U.S.C. § 1509** |
| Brief description:<br>**County/State Retirement & Firefighter retirement**<br>Line from *Schedule A/B*:    **21** | **Unknown** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Gov't. Code.§ 811.005** |
| Brief description:<br>**claim/lawsuit against Farm Bureau**<br>Line from *Schedule A/B*:    **33** | **Unknown** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(3)** |
| Brief description:<br>**tools**<br>Line from *Schedule A/B*:    **40** | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**12 head cattle**<br>Line from *Schedule A/B*:    **47** | **$5,000.00** | ☑ **$5,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(10)** |
| Brief description:<br>**growing crops, wheat for cattle**<br>Line from *Schedule A/B*:    **48** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(10)** |
| Brief description:<br>**4720 John Deere Sprayer**<br>Line from *Schedule A/B*:    **49** | **$50,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(3)** |

Debtor 1    **Jeffery Roland Moore**                                    Case number (if known)    **19-50091**

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**John Deere 980 Cultivator**<br><br>Line from *Schedule A/B*: __49__ | **$3,500.00** | ☑ **$3,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(3)** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

IN RE:   **Jeffery Roland Moore**                                              CASE NO    **19-50091**

                                                                               CHAPTER    **7**

## TOTALS BY EXEMPTION LAW

| Exemption Law | Husband | Wife | Joint | Community | N/A | Exemption Total | Market Value Total |
|---|---|---|---|---|---|---|---|
| 7 U.S.C. § 1509 | $0.00 | $0.00 | $0.00 | $0.00 | $33,750.62 | $33,750.62 | $33,750.62 |
| Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $0.00 | $0.00 | $0.00 | $0.00 | $392,978.00 | $392,978.00 | $418,669.00 |
| Tex. Gov't. Code.§ 811.005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $0.00 | $0.00 | $0.00 | $0.00 | $2,200.00 | $2,200.00 | $2,200.00 |
| Tex. Prop. Code §§ 42.001(a), 42.002(a)(10) | $0.00 | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| Tex. Prop. Code §§ 42.001(a), 42.002(a)(3) | $0.00 | $0.00 | $0.00 | $0.00 | $3,800.00 | $3,800.00 | $53,800.00 |
| Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | $500.00 |
| Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $500.00 | $500.00 |
| Tex. Prop. Code §§ 42.001(a), 42.002(a)(7) | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $300.00 | $300.00 |
| Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40,000.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeffery** | **Roland** | **Moore** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **19-50091**
(if known)

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

## Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** | Column C<br>**Unsecured<br>portion**<br>If any |
|---|---|---|---|

| 2.1 | Describe the property that<br>secures the claim: | $42,891.00 | $40,000.00 | $2,891.00 |
|---|---|---|---|---|

**City National Bank**
Creditor's name
**201 Connally St**
Number      Street

**2017 Chevrolet 2500 diesel**

**Sulphur Springs   TX   75482**
City            State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates
to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Installment Sales Contract**

Date debt was incurred   **04/2019**      Last 4 digits of account number   **4   6   9   7**

Add the dollar value of your entries in Column A on this page. Write
that number here:

| $42,891.00 |
|---|

Debtor 1   **Jeffery Roland Moore**                                          Case number (if known)   **19-50091**

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.2**

**George Sunkel Foundation**
Creditor's name
**6401 Castlemere Dr.**
Number       Street

Describe the property that secures the claim:      **$25,000.00**      **$418,669.00**

**house & land**

**Plano          TX     75093**
City            State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

Nature of lien.  Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
    **Money Loaned**

Date debt was incurred _____      Last 4 digits of account number ___ ___ ___ ___

---

**2.3**

**Peoples National Bank**
Creditor's name
**35 South Plaza**
Number       Street
**PO Box 1750**

Describe the property that secures the claim:      **$262,639.15**      **$248,000.00**      **$14,639.15**

**99mack,94 42' tlr,00 wylie,08 outback,01gsnck BUSI**

**Paris          TX     75461**
City            State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

Nature of lien.  Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
    **Unknown Loan Type**

Date debt was incurred   **12/29/2010**      Last 4 digits of account number   **1   9   5   3**

**1999 Mack Truck $20,600**
**1994 42' Wilson Grain Trailer $13,000**
**2000 Wylie Sprayer Boom $4,000**
**2008 Outback Guidance System $1,500**
**2001 32' Gooseneck Trailer $5,000**
**total:$44,100**

**(Value source:  Application and Affidavit for Writ of Sequestration, Case no. 88116, Peoples Bank vs. R. Jeffery Moore, 62nd Judicial District, Lamar County, Texas).**

Add the dollar value of your entries in Column A on this page. Write that number here:      **$287,639.15**

Debtor 1   **Jeffery Roland Moore**                                    Case number (if known)   **19-50091**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.4**

Describe the property that secures the claim:   **$50,000.00**   **$50,000.00**

**Peoples National Bank**
Creditor's name
**35 South Plaza**   **4720 John Deere Sprayer**
Number   Street   **BUSINESS DEBT**
**PO Box 1750**

As of the date you file, the claim is: Check all that apply.

**Paris          TX   75461**
City          State   ZIP Code
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?**   Check one.

Nature of lien.   Check all that apply.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)

- [ ] **Check if this claim relates to a community debt**
     **Unknown Loan Type**

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

**2.5**

Describe the property that secures the claim:   **$691.00**   **$418,669.00**

**Red River Tax Appraisal Office**
Creditor's name
**P.O. Box 461**   **ad valorem taxes**
Number   Street

As of the date you file, the claim is: Check all that apply.

**Clarksville     TX   75426**
City          State   ZIP Code
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?**   Check one.

Nature of lien.   Check all that apply.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)

- [ ] **Check if this claim relates to a community debt**
     **Taxes**

Date debt was incurred   **2018**   Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page.  Write that number here:   **$50,691.00**

Debtor 1    **Jeffery Roland Moore**                                    Case number (if known)    **19-50091**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.6**

**Texar Fcu**

Creditor's name

**2301 Richmond Rd**

Number        Street

**Texarkana        TX    75503**

City                State    ZIP Code

**Who owes the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Describe the property that secures the claim:

**2004 Boat, motor and trailer**

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | **$13,857.00** | **$10,000.00** | **$3,857.00** |

**As of the date you file, the claim is:**  Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Recreational**

Date debt was incurred    **12/2015**          Last 4 digits of account number    **0    0    0    1**

Add the dollar value of your entries in Column A on this page.  Write that number here:

**$13,857.00**

If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:

**$395,078.15**

Debtor 1   **Jeffery Roland Moore** _____   Case number (if known)   **19-50091** _____

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1.  For
example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and
then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Part 1,
list the additional creditors here.  If you do not have additional persons to be notified for any debts in Part 1, do not fill out or
submit this page.

☐ 1   **62nd Judicial District/Clerk** _____
Name
**119 N. Main St.** _____
Number      Street
_____
_____

| **Paris** | **TX** | **75460** |
| City | State | ZIP Code |

On which line in Part 1 did you enter the creditor?   **2.3**

Last 4 digits of account number   ___ ___ ___ ___

☐ 2   **Don Biard, Esq.** _____
Name
**McLaughlin Hutchison & Biard, LLP** _____
Number      Street
**38 First Street Northwest** _____
_____

| **Paris** | **TX** | **75460** |
| City | State | ZIP Code |

On which line in Part 1 did you enter the creditor?   **2.3**

Last 4 digits of account number   ___ ___ ___ ___

**Fill in this information to identify your case:**

| Debtor 1 | **Jeffery** | **Roland** | **Moore** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **19-50091**
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☑ No. Go to Part 2.
☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

| Priority Creditor's Name | **Last 4 digits of account number** __ __ __ __ |
|---|---|

| Number    Street | **When was the debt incurred?** _____ |
|---|---|

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

City            State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Debtor 1    **Jeffery Roland Moore**                              Case number (if known)    **19-50091**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐    No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑    Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

| **4.1** | | **Unknown** |
|---|---|---|

**Agco Finance**
Nonpriority Creditor's Name
**8001 Birchwood Ct.**
Number        Street

**Johnston**            **IA**    **50131**
City                  State    ZIP Code

**Who incurred the debt?**    Check one.

☑  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

☐  Check if this claim is for a community debt

**Is the claim subject to offset?**

☑  No
☐  Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:**  Check all that apply.

☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**

☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
    **Other**

| **4.2** | | **$0.00** |
|---|---|---|

**Bice, LLC**
Nonpriority Creditor's Name
**10 W. Main St.**
Number        Street

**Ardmore**            **OK**    **73401**
City                  State    ZIP Code

**Who incurred the debt?**    Check one.

☑  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

☐  Check if this claim is for a community debt

**Is the claim subject to offset?**

☑  No
☐  Yes

**Lease of 573 acres**

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:**  Check all that apply.

☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**

☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
    **Contract/Lease**

Debtor 1   **Jeffery Roland Moore**                                    Case number (if known)   **19-50091**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.3**

**$9,482.00**

**First Ntnl Bk Tom Bean**
Nonpriority Creditor's Name
**109 Britton St**
Number        Street


**Tom Bean**          **TX**    **75489**
City                 State   ZIP Code
**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **0   0   3   5**
**When was the debt incurred?**   **01/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Unsecured BUSINESS DEBT**

**4.4**

**$135,038.46**

**GreenPoint Ag**
Nonpriority Creditor's Name
**3350 Players Club Parkway**
Number        Street
**Suite 100**


**Memphis**          **TN**    **38125**
City                 State   ZIP Code
**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**   **2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Judgment BUSINESS DEBT**

**4.5**

**$1,430.00**

**Jefferson Capital Syst**
Nonpriority Creditor's Name
**16 Mcleland Rd**
Number        Street


**Saint Cloud**          **MN**    **56303**
City                 State   ZIP Code
**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **0   0   0   3**
**When was the debt incurred?**   **08/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Factoring Company Account**

Debtor 1   **Jeffery Roland Moore**                                   Case number (if known)   **19-50091**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.6**

**John Deere Financial, f.s.b.**
Nonpriority Creditor's Name
**PO Box 6600**
Number      Street

**Johnston**          **IA**      **50131-6600**
City                 State    ZIP Code

**Unknown**

Last 4 digits of account number   __ __ __ __

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Deficiency BUSINESS DEBT**

Is the claim subject to offset?
☑ No
☐ Yes

**4.7**

**John Mercy**
Nonpriority Creditor's Name
**Mercy Carter LLP**
Number      Street
**1724 Galleria Oaks Dr.**

**Texarkana**        **TX**      **75503**
City                 State    ZIP Code

**$0.00**

Last 4 digits of account number   __ __ __ __

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**4.8**

**Monsanto Company**
Nonpriority Creditor's Name
**PO Box 204070**
Number      Street

**Dallas**           **TX**      **75320-4070**
City                 State    ZIP Code

**$64,759.00**

Last 4 digits of account number   **7   8   1   8**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Other BUSINESS DEBT**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1    **Jeffery Roland Moore**                                    Case number (if known)    **19-50091**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.9**                                                                    **$76,642.00**

**PHI Financial Services**
Nonpriority Creditor's Name
**7100 NW 62nd Ave.**
Number        Street

**Johnston**            **IA**    **50131**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Other BUSINESS DEBT**

**4.10**                                                                   **$1,539.00**

**Portfolio Recov Assoc**
Nonpriority Creditor's Name
**120 Corporate Blvd Ste 100**
Number        Street

**Norfolk**            **VA**    **23502**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **2   7   8   5**
**When was the debt incurred?**    **04/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Factoring Company Account**

**4.11**                                                                   **$174.00**

**Syncb/jewelry Accents**
Nonpriority Creditor's Name
**C/o Po Box 965036**
Number        Street

**Orlando**            **FL**    **32896**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **9   1   2   4**
**When was the debt incurred?**    **12/2004**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Charge Account**

Debtor 1    **Jeffery Roland Moore**                                                    Case number (if known)    **19-50091**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

### 4.12 | | $977.00

**Texar Fcu**
Nonpriority Creditor's Name
**2301 Richmond Rd**
Number       Street

**Last 4 digits of account number**    **0    0    0    1**
**When was the debt incurred?**    **12/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Texarkana         TX    75503**
City                    State    ZIP Code

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Deposit Related**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 4.13 | | $1,562.00

**The Bureaus Inc**
Nonpriority Creditor's Name
**650 Dundee Road**
Number       Street

**Last 4 digits of account number**    **1    7    5    7**
**When was the debt incurred?**    **12/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Northbrook         IL    60062**
City                    State    ZIP Code

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collection Attorney**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1   **Jeffery Roland Moore** _____   Case number (if known) **19-50091** _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---------|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**102nd District Clerk**
Name
**400 N. Walnut St.**
Number     Street

**Clarksville**      **TX**   **75426**
City              State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.8**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

---

**Adendroth and Russell, PC**
Name
**2560 73rd St.**
Number     Street

**Urbandale**      **IA**   **50322**
City              State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.9**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

---

**Ally Financial**
Name
**P.o. Box 380901**
Number     Street

**Bloomington**      **MN**   **55438**
City              State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  ____  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
**Automobile**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **2  8  3  7**

---

**Amex**
Name
**Po Box 297871**
Number     Street

**Fort Lauderdale**      **FL**   **33329**
City              State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  ____  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  **8  3  7  3**

---

**Barnett & Garcia PLLC**
Name
**3821 Juniper Trace, Ste 108**
Number     Street

**Austin**      **TX**   **78738**
City              State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.8**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

---

Debtor 1    **Jeffery Roland Moore**                                    Case number (if known)    **19-50091**

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

---

**Callan C. Searcy**
Name
**Searcy & Searcy**
Number       Street
**PO Box 3929**

**Longview**            **TX**    **75606**
City                    State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Other**                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Capital One Bank Usa N**
Name
**15000 Capital One Dr**
Number       Street

**Richmond**            **VA**    **23238**
City                    State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    **3  9  1  4**

---

**Christina I. Thompson**
Name
**Phil Watson PC**
Number       Street
**535 E. Army Post Road**

**Des Moines**          **IA**    **50315**
City                    State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Other**                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**GreenPoint Ag LLC**
Name
**1616 East 9th St**
Number       Street

**Texarkana**           **AR**    **71854**
City                    State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.4** of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Holly Moore**
Name
**160 N. Austin St.**
Number       Street

**Avery**               **TX**    **75554**
City                    State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line ____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Other**                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Monsanto Company**
Name
**Attn. Seed Customer Operations**
Number       Street
**800  North Lindbergh**

**Saint Louis**         **MO**    **63167**
City                    State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.8** of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

Debtor 1    **Jeffery Roland Moore**      Case number (if known)   **19-50091**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
| --- | --- |

**PHI Financial Services**
Name
**PO Box 1050**
Number      Street

**Johnston**      **IA**      **50131**
City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.9**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**R. Gary Nutter**
Name
**Dunn Nutter & Morgan, LLP**
Number      Street
**3512 Texas Blvd.**

**Texarkana**      **TX**      **75503-3250**
City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.4**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Red River Empl Fcu**
Name
**Pob 5909**
Number      Street

**Texarkana**      **TX**      **75504**
City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line     of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Automobile**      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **4**   **1**   **4**   **5**

---

**Sylvia Greiner**
Name
**4304 FM 114**
Number      Street

**Clarksville**      **TX**      **75426**
City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line     of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Other**      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

Debtor 1  **Jeffery Roland Moore**                                    Case number (if known)  **19-50091**

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
| --- | --- |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

**Total claim**

| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| --- | --- | --- | --- | --- |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6d. | **$0.00** |

**Total claim**

| Total claims from Part 2 | 6f. | **Student loans** | 6f. | **$0.00** |
| --- | --- | --- | --- | --- |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$291,603.46** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$291,603.46** |

**Fill in this information to identify your case:**

| Debtor 1 | **Jeffery** | **Roland** | **Moore** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **19-50091**
(if known)

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

☐ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Bice, LLC**<br>Name | Lease of 573 acres |
| | **10 W. Main St.**<br>Number    Street | Contract to be ASSUMED |
| | | |
| | **Ardmore**            **OK**    **73401**<br>City                         State    ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeffery** | **Roland** | **Moore** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **19-50091**
(if known)

☐ Check if this is an amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.
   ☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☑ Yes

   In which community state or territory did you live?    **Texas**    Fill in the name and current address of that person.

   **Holly  Moore**
   Name of your spouse, former spouse, or legal equivalent
   **160 N. Austin St.**
   Number    Street

   **Avery**    **TX**    **75554**
   City    State    ZIP Code

3. In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:*  **Your codebtor**

   *Column 2:*  **The creditor to whom you owe the debt**

   Check all schedules that apply:

   | 3.1 | **Harry Moore** | | ☐ Schedule D, line _____ |
   |---|---|---|---|
   | | Name | | ☑ Schedule E/F, line **4.4** |
   | | **910 FM 1159** | | ☐ Schedule G, line _____ |
   | | Number    Street | | **GreenPoint Ag** |
   | | **Clarksville**    **TX**    **75426** | | |
   | | City    State    ZIP Code | | |

Debtor 1    **Jeffery Roland Moore**                                        Case number (if known)    **19-50091**

| | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:* **Your codebtor**                                      *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.2**    **Harry Moore**
Name
**910 FM 1159**
Number        Street

**Clarksville**                    **TX**        **75426**
City                                State        ZIP Code

☑ Schedule D, line    **2.3**
☐ Schedule E/F, line
☐ Schedule G, line
**Peoples National Bank**

**3.3**    **Harry Moore**
Name
**910 FM 1159**
Number        Street

**Clarksville**                    **TX**        **75426**
City                                State        ZIP Code

☑ Schedule D, line    **2.6**
☐ Schedule E/F, line
☐ Schedule G, line
**Texar Fcu**

**3.4**    **Holly Moore**
Name
**160 N. Austin St.**
Number        Street

**Avery**                          **TX**        **75554**
City                                State        ZIP Code

☐ Schedule D, line
☑ Schedule E/F, line    **4.4**
☐ Schedule G, line
**GreenPoint Ag**

**Fill in this information to identify your case:**

| Debtor 1 | **Jeffery** | **Roland** | **Moore** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known) **19-50091**

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | **Pct. 3 Commissioner** | |
| Employer's name | | **Red River County** | |
| Employer's address | | **Courthouse, Walnut St.** | |
| | | Number  Street | Number  Street |
| | | **Clarksville          TX   75426** | |
| | | City          State   Zip Code | City          State   Zip Code |
| How long employed there? | | **3.5 years** | |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$2,838.00** | |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$0.00** | |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | **$2,838.00** | |

Debtor 1   **Jeffery Roland Moore**          Case number (if known)  **19-50091**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ...................................................... ➔ 4. | **$2,838.00** | |
| **5.** | **List all payroll deductions:** | | |
| | **5a.** Tax, Medicare, and Social Security deductions   5a. | **$321.00** | |
| | **5b.** Mandatory contributions for retirement plans   5b. | **$0.00** | |
| | **5c.** Voluntary contributions for retirement plans   5c. | **$199.00** | |
| | **5d.** Required repayments of retirement fund loans   5d. | **$0.00** | |
| | **5e.** Insurance   5e. | **$439.00** | |
| | **5f.** Domestic support obligations   5f. | **$0.00** | |
| | **5g.** Union dues   5g. | **$0.00** | |
| | **5h.** Other deductions. Specify: _____   5h.+ | **$0.00** | |
| **6.** | **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   6. | **$959.00** | |
| **7.** | **Calculate total monthly take-home pay.**   Subtract line 6 from line 4.   7. | **$1,879.00** | |
| **8.** | **List all other income regularly received:** | | |
| | **8a.** Net income from rental property and from operating a business, profession, or farm   8a. | **$0.00** | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| | **8b.** Interest and dividends   8b. | **$0.00** | |
| | **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive   8c. | **$0.00** | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| | **8d.** Unemployment compensation   8d. | **$0.00** | |
| | **8e.** Social Security   8e. | **$0.00** | |
| | **8f.** Other government assistance that you regularly receive | | |
| | Include cash assistance (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| | Specify: _____   8f. | **$0.00** | |
| | **8g.** Pension or retirement income   8g. | **$0.00** | |
| | **8h.** Other monthly income. Specify: **Supplement (net)**   8h.+ | **$57.00** | |
| **9.** | **Add all other income.**   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9. | **$57.00** | |
| **10.** | **Calculate monthly income.**   Add line 7 + line 9.   10. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | **$1,936.00** + | = **$1,936.00** |

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11. + **$0.00**

**12.** **Add the amount in the last column of line 10 to the amount in line 11.**   The result is the combined monthly income.   Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

12.  **$1,936.00**
**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain:   **Debtor projects farming income.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeffery** | **Roland** | **Moore** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **19-50091** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☒ No. Go to line 2.

    ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.  **Do you have dependents?**          ☐ No

    Do not list Debtor 1 and          ☒ Yes. Fill out this information
    Debtor 2.                            for each dependent..................

    Do not state the dependents' names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | **Daughter** | **14** | ☐ No  ☒ Yes |
| | **Son** | **12** | ☐ No  ☒ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

    ☒ No
    ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.**          4.    _____
    Include first mortgage payments and any rent for the ground or lot.

    **If not included in line 4:**

    4a.  Real estate taxes                                    4a.    _____ **$50.00**

    4b.  Property, homeowner's, or renter's insurance          4b.    _____

    4c.  Home maintenance, repair, and upkeep expenses        4c.    _____

    4d.  Homeowner's association or condominium dues          4d.    _____

Debtor 1    **Jeffery Roland Moore** _____    Case number (if known)    **19-50091** _____

**Your expenses**

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| 6. | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas | 6a. **$100.00** |
| | 6b.  Water, sewer, garbage collection | 6b. **$45.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. **$250.00** |
| | 6d.  Other.  Specify: _____ | 6d. _____ |
| 7. | **Food and housekeeping supplies** | 7. **$300.00** |
| 8. | **Childcare and children's education costs** | 8. _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. **$10.00** |
| 10. | **Personal care products and services** | 10. _____ |
| 11. | **Medical and dental expenses** | 11. **$20.00** |
| 12. | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. **$100.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. _____ |
| 14. | **Charitable contributions and religious donations** | 14. _____ |
| 15. | **Insurance.** | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.  Life insurance | 15a. _____ |
| | 15b.  Health insurance | 15b. _____ |
| | 15c.  Vehicle insurance | 15c. **$200.00** |
| | 15d.  Other insurance.  Specify: _____ | 15d. _____ |
| 16. | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. _____ |
| 17. | **Installment or lease payments:** | |
| | 17a.  Car payments for Vehicle 1    **City National Bank** | 17a. **$829.00** |
| | 17b.  Car payments for Vehicle 2 | 17b. _____ |
| | 17c.  Other.  Specify: _____ | 17c. _____ |
| | 17d.  Other.  Specify: _____ | 17d. _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. _____ |

Debtor 1    **Jeffery Roland Moore**                                    Case number (if known)    **19-50091**

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

    20a.   Mortgages on other property                          20a.   _____

    20b.   Real estate taxes               20b.   _____

    20c.   Property, homeowner's, or renter's insurance     20c.   _____

    20d.   Maintenance, repair, and upkeep expenses     20d.   _____

    20e.   Homeowner's association or condominium dues     20e.   _____

**21.** **Other.**  Specify: _____   21.  +_____

**22.** **Calculate your monthly expenses.**

    22a.   Add lines 4 through 21.     22a.   **$1,904.00**

    22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.     22b.   _____

    22c.   Add line 22a and 22b.  The result is your monthly expenses.     22c.   **$1,904.00**

**23.** **Calculate your monthly net income.**

    23a.   Copy line 12 (your combined monthly income) from Schedule I.     23a.   **$1,936.00**

    23b.   Copy your monthly expenses from line 22c above.     23b.  −  **$1,904.00**

    23c.   Subtract your monthly expenses from your monthly income.
The result is your monthly net income.     23c.   **$32.00**

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐  No.

☑  Yes.  Explain here:
**Debtor projects farming expenses.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeffery** | **Roland** | **Moore** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)    **19-50091**

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1.  *Schedule A/B: Property* (Official Form 106A/B)

    1a. Copy line 55, Total real estate, from Schedule A/B............................................ **$418,669.00**

    1b. Copy line 62, Total personal property, from Schedule A/B.............................. **$394,247.50**

    1c. Copy line 63, Total of all property on Schedule A/B..................................... **$812,916.50**

## Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$395,078.15**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... **$0.00**

    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F........................... **+  $291,603.46**

**Your total liabilities    $686,681.61**

## Part 3:    Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of Schedule I............................................................................ **$1,936.00**

5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of Schedule J................................................................................ **$1,904.00**

Debtor 1    **Jeffery Roland Moore**                                    Case number (if known)    **19-50091**

| Part 4: | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8. **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

_____

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

| | Total claim |
|---|---|
| From Part 4 on *Schedule E/F,* copy the following: | |
| 9a.  Domestic support obligations.  (Copy line 6a.) | _____ |
| 9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.) | _____ |
| 9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | _____ |
| 9d.  Student loans.  (Copy line 6f.) | _____ |
| 9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | _____ |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | **+** _____ |
| 9g.  **Total.**  Add lines 9a through 9f. | _____ |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeffery** | **Roland** | **Moore** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **19-50091**
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Jeffery Roland Moore**
Jeffery Roland Moore, Debtor 1

X _____
Signature of Debtor 2

Date **05/21/2019**
MM / DD / YYYY

Date _____
MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

IN RE:  **Jeffery Roland Moore**

CASE NO   **19-50091**

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

Scheme Selected: **State**

(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|-----------------------|
| 1. | Real property | $418,669.00 | $25,691.00 | $392,978.00 | $392,978.00 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $40,300.00 | $42,891.00 | $300.00 | $300.00 | $0.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $2,100.00 | $0.00 | $2,100.00 | $2,050.00 | $50.00 |
| 7. | Electronics | $150.00 | $0.00 | $150.00 | $150.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Firearms | $300.00 | $0.00 | $300.00 | $300.00 | $0.00 |
| 11. | Clothes | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 12. | Jewelry | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Non-farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Deposits of money | $33,897.50 | $0.00 | $33,897.50 | $33,750.62 | $146.88 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

IN RE:  **Jeffery Roland Moore**                    CASE NO    **19-50091**

                                                    CHAPTER    **7**

## <u>SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)</u>

*Continuation Sheet # 1*

**Exemption Totals by Category:**                                      Scheme Selected: **State**

(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $5,000.00 | $0.00 | $5,000.00 | $5,000.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $88,600.00 | $380,217.45 | $3,500.00 | $3,500.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $69,400.00 | $88,039.15 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$659,416.50** | **$536,838.60** | **$439,225.50** | **$439,028.62** | **$196.88** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

IN RE:  **Jeffery Roland Moore**

CASE NO    **19-50091**

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

### Surrendered Property:

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| boat, motor and trailer | $10,000.00 | $13,857.00 | $0.00 |
| 2001 32' Gooseneck Trailer | $5,000.00 | $93,039.15 | $0.00 |
| 2000 Wylie Sprayer Boom | $4,000.00 | $18,639.15 | $0.00 |
| Farm Equipment of Harry Moore, described in Order Confirming Debtors' First | $134,500.00 | $262,639.15 | $0.00 |
| **TOTALS:** | **$153,500.00** | **$388,174.45** | **$0.00** |

### Non-Exempt Property by Item:

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| books & pictures | $50.00 | | $50.00 | $50.00 |
| Checking account First Federal Community Bank | $146.88 | | $146.88 | $146.88 |
| **TOTALS:** | **$196.88** | **$0.00** | **$196.88** | **$196.88** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

IN RE:  **Jeffery Roland Moore**                                          CASE NO    **19-50091**

                                                                          CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 3*

| Summary | |
|---|---:|
| A. Gross Property Value (not including surrendered property) | **$659,416.50** |
| B. Gross Property Value of Surrendered Property | **$153,500.00** |
| C. Total Gross Property Value (A+B) | **$812,916.50** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$536,838.60** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$388,174.45** |
| F. Total Gross Encumbrances (D+E) | **$925,013.05** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$439,225.50** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$439,225.50** |
| J.  Total Exemptions Claimed | **$439,028.62** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$196.88** |